**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| In re: Margery S. Venable | Case No. 09-72642 |
|---|---|
|  | Judge Manuel Barbosa |
| Debtor(s). |  |

### ORDER DISAPPROVING REAFFIRMATION AGREEMENT

On August 25, 2009, a reaffirmation agreement between the debtors and Americredit Financial Services, Inc., docket entry no. 14 was filed with the Court. For the reasons stated in open court, it is hereby order that the aforesaid reaffirmation agreement is disapproved.

Dated: AUG 2 7 2009

Manuel Barbosa
United States Bankruptcy Judge